

FILED

08/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0377

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0377

MONTANA SHOOTING SPORTS
ASSOCIATION,

Petitioner,

v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, LEWIS & CLARK COUNTY, THE
HONORABLE MICHAEL F. McMAHON,
DISTRICT JUDGE,

Respondent.

ORDER

FILED

AUG 0 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Montana Shooting Sports Association (MSSA), via counsel, seeks a writ of supervisory control over the First Judicial District Court, Lewis and Clark County, to reverse its July 16, 2021 Order Denying Intervention Motions and Briefing Schedule in its Cause No. BDV-2021-598. In the underlying case, the Board of Regents of Higher Education of the State of Montana petitioned for declaratory judgment regarding the constitutionality of portions of House Bill 102 that regulate firearms within the Montana University System on the basis that these provisions unconstitutionally infringe on the Board of Regents' authority under Article X, Section 9(2), of the Montana Constitution. MSSA sought intervention of right under M. R. Civ. P. 24(a) and the District Court denied its motion.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the First Judicial District Court, the Montana Board of Regents of Higher Education, and the State of Montana, are each granted 30 days from the

date of this Order to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to all counsel of record in the First Judicial District Court, Lewis and Clark County, Cause No. BDV-2021-598, and the Honorable Michael F. McMahon, presiding.

DATED this 9th day of August, 2021.

For the Court,

By _____
                    Justice